**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **GRADILLAS COURT REPORTTERS, INC.** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No:_____________** |
| **v.** | : | |
| | : | |
| **CHERRY BEKAERT, LLP, *et al.*** | : | |
| | : | |
| **Defendants** | : | |

**NOTICE OF REMOVAL**

Defendants Cherry Bekaert, LLP and Sara Crabtree (collectively, "Removing Defendants"), by counsel, hereby removes this action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia under 28 U.S.C. §§ 1332, 1441 and 1446.[1]

The United District Court for the District of Columbia has original subject matter jurisdiction in this civil action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity among all properly joined and served parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. Under 28 U.S.C. § 1441(b), no party properly joined and served as a defendant in this action is a citizen of the District of Columbia, the state in which this action was filed.[2]

In support of removal, the Removing Defendants state as follows:

[1] By removing this action to this Court, Removing Defendants do not waive any defenses, objections or motions available under state or federal law, and intend no admission of fact, law or liability by this Notice. Removing Defendants expressly reserve the right to move for dismissal of some or all of Plaintiffs' claims and/or move for dismissal on grounds of service, jurisdiction or venue.

[2] None of the Removing Defendants have been served with the Complaint in the State Action.

1. On or about May 16, 2015, Plaintiff Gradillas filed a Complaint in the Superior Court for the District of Columbia titled *Gradillas Court Reporters, Inc. v. Cherry Bekaert, LLP and Sara Crabtree,* Action No. 2017 CA 003381 B (the "State Action"). Under 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders are attached as Exhibit A. Plaintiff brings claims sounding in negligence and breach of contract.

2. As of the date of this Notice of Removal, neither Defendant has been served with the Complaint in the State Action.

## I. REMOVAL IS PROPER BECAUSE THIS COURT HAS ORIGINAL SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332(a).

3. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because this is a civil action between citizens of different states in which the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. Plaintiff is a citizen of the State of California. (Ex. A, Compl.)

5. Defendant Cherry Bekaert, LLP is a Virginia limited liability partnership. Cherry Bekaert, LLP does not have any Partners residing in the District of Columbia. Cherry Bekaert, LLP is thus diverse because the citizenship of a limited liability partnership is determined by the citizenship of its Partners. *Downey v. Ambassador Dev., LLC*, 568 F. Supp. 2d 28, 29 n. 1 (D.D.C. 2008).

6. Defendant Sara Crabtree is a citizen of the Commonwealth of Virginia.

7. Removal is proper under 28 U.S.C. §§ 1332 and 1446(c)(2)(B) because the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiffs' *ad damnum* clauses demand judgment against the Removing Defendants in an amount in excess of $75,000.00 for compensatory damages. (*See* Ex. A, Compl. ¶¶ 62, 69.)

## II. REMOVING DEFENDANTS HAVE SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

8. Pursuant to 28 U.S.C. 1446(a), a true and legible copy of all the process, pleadings, orders, and documents in the State Action are being filed with this Notice of Removal.[3]

9. The Defendants received informal notice of this Complaint on May 17, 2017. This Notice of Removal has been filed within 30 days of the date that the Defendant received informal notice of the Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

10. The U.S. District Court for the District of Columbia is the proper Court to remove this action to pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the District of Columbia is the federal judicial district embracing the Superior Court for the District of Columbia, where the State Action was originally filed.

11. Immediately following the filing of this Notice of Removal, written notice of the filing of this Notice will be delivered to Plaintiffs' counsel, as required by 28 U.S.C. § 1446(d).

12. The Removing Defendants will promptly file a copy of this Notice with the D.C. Superior Court, as required by 28 U.S.C. § 1446(d).

WHEREFORE, the Removing Defendants give notice that the matter bearing civil action Civil Action No. 2017 CA 003381 B in the D.C. Superior Court is removed to this Court pursuant to 28 U.S.C. § 1441. The Removing Defendants request that this Court retain jurisdiction for all further proceedings in this matter.

[3] None of the Removing Defendants have been served with the Complaint in the State Action.

Respectfully submitted,

CHERRY BEKAERT, LLP; and
SARA CRABTREE

By Counsel,

CARR MALONEY P.C.

By: */s/ J. Peter Glaws, IV*
Kevin M. Murphy, #388476
J. Peter Glaws, IV, #1013049
Carr Maloney P.C.
2020 K Street, NW, Suite 850
Washington, D.C. 20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
kmm@carrmaloney.com
jpg@carrmaloney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June 2017, a copy of the foregoing ***Notice of Removal*** was served via First Class Mail, postage prepaid, to:

Suzelle M. Smith (#376384)
Howarth & Smith
512 West Sixth Street, Suite 728
Los Angeles, CA 90014
Telephone: (213) 955-9400
Facsimile: (213) 622-0791
ssmith@howarth-smith.com

*/s/ J. Peter Glaws, IV*